UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PETER PHAN, et al., | Case No.  14-CV-00386-LJO-JLT |
| Plaintiffs, | **ORDER DISMISSING ACTION** |
| vs. | |
| ALLSTATE INSURANCE COMPANY, and DOES 1 through 25, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of all parties and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that:

1. The entire above-captioned action is dismissed with prejudice;
2. The parties shall bear their own attorneys' fees and costs; and
3. The Clerk of Court is directed to CLOSE THIS CASE.

**SO ORDERED**
**Dated: March 12, 2015**

                                                **/s/ Lawrence J. O'Neill**
                                                **United States District Judge**